**Tycho B. VENEY, Appellant,**

v.

**UNITED STATES, Appellee.**

No. 93–CF–456.

District of Columbia Court of Appeals.

Oct. 20, 1995.

Before WAGNER, Chief Judge, and FERREN, TERRY, STEADMAN, SCHWELB, FARRELL, KING, RUIZ and REID, Associate Judges.

### ORDER

PER CURIAM.

On consideration of appellant's petition for rehearing en banc, and the opposition thereto; and it appearing that the majority of the judges of this court has voted to grant the petition for rehearing en banc, it is

ORDERED that appellant's petition for *rehearing en banc* is *granted* and that the *opinion* and judgment of *April 20, 1995,* are hereby *vacated.* It is

FURTHER ORDERED that the Clerk shall schedule this matter for argument be-

fore the court sitting en banc as soon as the calendar permits. Counsel are hereby directed to provide ten copies of the briefs heretofore filed to the Clerk on or before October 31, 1995.